AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PC_____
DEPUTY

United States of America )
v. )
Julio Cesar SANCHEZ-Puentes )  Case No. **EP:25-M-00789-ATB**
)
)
)
)
_____ )
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 13, 2022__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325(a)(1) | being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Albert S. Flores, Border Patrol Agent
*Printed name and title*

*Judge's signature*

Date: 02/27/2025

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

**Complaint sworn to telephonically on** February 27, 2025 at 01:53 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

The DEFENDANT, Julio Cesar SANCHEZ-Puentes, an alien to the United States and a citizen of Venezuela, illegally entered the United States from the Republic of Mexico on October 13, 2022 approximately 1.22 miles west of the Paso de Norte Port of Entry. A Border Patrol Agent determined this subject had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. After determining that the subject was an alien who illegally entered the United States, the subject was arrested and transported to the El Paso Central Processing Center for further processing using the E3/IDENT and IAFIS Systems.

Based on the aforementioned facts, the affiant believes the SANCHEZ-Puentes, committed the offense of 8 USC 1325.